UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Timothy A. Barnes | **Hearing Date** | October 29, 2013 |
| **Bankruptcy Case** | 12 B 13088 | **Adversary No.** | |
| **Title of Case** | Kenyatta Day Care Center | | |

**Brief Statement of Motion**

Robert Ward's Application For Final Compensation

(Docket Entry # 117)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

It is hereby ordered that Karen Porter's oral motion withdrawing application for for final compensation without prejudice is granted.